*Alfred J. Callahan* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (James Hall Prothero* and *Fred Iscol* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

MARGARET FRANCIOSA, Plaintiff, *v.* SALVATORE FRANCIOSA, Defendant.

THOMAS H. CRONE, Appellant; SALVATORE FRANCIOSA, Respondent.

Argued October 10, 1945; decided October 26, 1945.

*Thomas H. Crone,* appellant in person.
*William L. Clay* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.